# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

DAVID LOWE,

    Plaintiff,

v.                            CASE NO. 4:08cv308-RH/WCS

SMITH INTEREST GENERAL
PARTNERSHIP, L.L.P., etc.,

    Defendant.

_____/

## ORDER VOLUNTARILY DISMISSING
## CLAIMS AGAINST DEFENDANT SMITH

Upon consideration of the plaintiff's notice of voluntary dismissal without prejudice of his claims against the defendant Smith Interest General Partnership, L.L.P. (document 16),

IT IS ORDERED:

All claims against the defendant Smith Interest General Partnership, L.L.P. are dismissed without prejudice. All claims against the defendant Wendtal, LLC, remain pending. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

SO ORDERED on September 4, 2008.

                                        s/Robert L. Hinkle
                                        Chief United States District Judge